IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **CISCO SYSTEMS, INC.**, a Delaware Corporation, and **CISCO TECHNOLOGY, INC.**, a California Corporation<br>*Plaintiffs,*<br><br>**v.**<br><br>**DEXON COMPUTER, INC.**, a Minnesota Corporation,<br>*Defendant.* | § § § § § § § § § § § § § §  NO. 3:23-MC-80191-CRB |

**STERLING COMPUTERS CORPORATION'S MOTION TO WITHDRAW MOTION TO QUASH SUBPOENA DUCES TECUM DIRECTED TO TRUE PEDIGREE, LLC**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

NOW COMES Sterling Computers Corporation ("Sterling"), and files this Motion to Withdraw Motion to Quash Subpoena Duces Tecum Directed to True Pedigree, LLC, and would show the Court as follows:

1. On April 25, 2023, Dexon Computer, Inc. issued a *Notice of Subpoena to Produce Documents, Information, or Objects* ("the Subpoena") to True Pedigree, LLC in Cause No. 3:20-CV-4926-CRP, pending in the United States District Court for the Northern District of California. *See* Dkt. 1, Exhibit A. True Pedigree first informed Sterling of the Subpoena on June 8, 2023. *See* Dkt. 1.

2. On June 15, 2023, Sterling Computers Corporation filed its Motion to Quash, or, in the Alternative, Modify Subpoena Duces Tecum Directed to True Pedigree, LLC and Brief in Support ("the Motion to Quash") in the United States District Court for the Western District of Texas,

STERLING COMPUTERS CORPORATION'S MOTION TO WITHDRAW PREVIOUSLY FILED
MOTION TO QUASH SUBPOENA DUCES TECUM DIRECTED TO TRUE PEDIGREE, LLC

PAGE **1** OF 3

Austin Division. *See id.* This proceeding was assigned Cause No. A-23-MC-679. *See id.*

3. On July 20, 2023, the proceeding was transferred to the United States District Court for the Northern District of California. *See* Dkt. 7. It was received and opened as Cause No. 23-MC-80191. On September 18, 2023, this Court reassigned Cause No. 3:23-MC-80191 as a related case to Cause No. 3:20-CV-4926. *See* Dkt. 10.

4. Sterling's counsel has been advised that Cause No. 3:20-CV-4926 has settled and the claims therein have been dismissed. Therefore, the Subpoena and Motion to Quash are both moot.

5. Accordingly, Sterling files this Motion to Withdraw Sterlings's Motion to Quash the Subpoena Duces Tecum Directed to True Pedigree, LLC so that Cause No. 3:23-MC-80191 may be closed.

WHEREFORE, PREMISES CONSIDERED, Sterling Computers Corporation respectfully prays that the Court grant its *Motion to Withdraw Sterlings's Motion to Quash the Subpoena Duces Tecum Directed to True Pedigree, LLC*, and for such other and further relief, both general and specific, legal and equitable, to which Sterling Computers Corporation may show itself entitled.

STERLING COMPUTERS CORPORATION'S MOTION TO WITHDRAW PREVIOUSLY FILED
MOTION TO QUASH SUBPOENA DUCES TECUM DIRECTED TO TRUE PEDIGREE, LLC

PAGE **2** OF **3**

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

By:  */s/ Craig J. Mariam*
**CRAIG J. MARIAM**
State Bar No. 24063831
cmariam@grsm.com
**CHRISTOPHER C. EGE**
State Bar. No. 24029532
cege@grsm.com
2705 Bee Caves Rd., Suite 220
Austin, Texas 78746
Tel (512) 582-6600

**ATTORNEYS FOR STERLING COMPUTERS CORPORATION**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Sterling Computers Corporation's Motion to Withdraw Motion to Quash Subpoena Duces Tecum Directed to True Pedigree, LLC has been filed via electronic filing with the Northern District of California and eserved on all counsel of record in accordance with the Federal Rules of Civil Procedure, on this the 21st day of March 2024.

*/s/ Craig J. Mariam*
**CRAIG J. MARIAM**

STERLING COMPUTERS CORPORATION'S MOTION TO WITHDRAW PREVIOUSLY FILED
MOTION TO QUASH SUBPOENA DUCES TECUM DIRECTED TO TRUE PEDIGREE, LLC

PAGE **3** OF 3